**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 199 WAL 2022

Respondent      :

     :   Petition for Allowance of Appeal
     :   from the Order of the Superior Court

v.      :

BRIAN SCOTT BAIR, SR.,      :

Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.